```
                                                    FILED
                                                  AUG 2 2 2014
                                                RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                            NORTHERN DISTRICT OF CALIFORNIA
                                                    SAN JOSE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARRIN HUGHES,<br><br>    Petitioner,<br><br>v.<br><br>RANDY GROUNDS, Warden,<br><br>    Respondent. | No. C 14-02407 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

    On May 23, 2014, Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, the Clerk sent Petitioner a notice that he must either pay the filing fee or file an *In Forma Pauperis* ("IFP") Application. (Docket No. 2.) On June 19, 2014, Petitioner filed an IFP application which was deficient because he did not attach a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) On July 17, 2014, the Court granted Petitioner a twenty-eight day extension of time to file the necessary document to complete his IFP application or pay the $5.00 filing fee. (Docket No. 4.) The deadline has since passed, and Petitioner has failed to file a response. Accordingly, Petitioner's case is DISMISSED without prejudice for failure to pay the filing fee.

    The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

DATED: _August 22, 2014_

                                        BETH LABSON FREEMAN
                                        United States District Judge